**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1554**

_____

TIMOTHY WELDON ARTHUR,

        Plaintiff - Appellant,

     v.

DEPARTMENT OF VETERANS AFFAIRS; NANCY WILLIAMS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:24-cv-04362-MGL)

_____

Submitted:  April 3, 2026                                        Decided:  June 12, 2026

_____

Before NIEMEYER and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Timothy Weldon Arthur, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Weldon Arthur appeals the district court's order denying his post-judgment motion to amend his complaint and declining to consider his untimely objections to the magistrate judge's recommendation to dismiss his complaint without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. *See Arthur v. Dep't of Veterans Affs.*, No. 3:24-cv-04362-MGL (D.S.C. Apr. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We limit our review to preserved issues raised in the informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). Arthur's informal brief does not challenge the basis for the district court's disposition.